UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PEGGY ABNER, LINDA KENDALL, and UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:05-cv-106-DFH-WGH |
| JEWISH HOSPITAL HEALTH CARE SERVICES, INC., and SCOTT MEMORIAL HOSPITAL, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON MOTION FOR LEAVE TO TAKE MORE THAN TEN DEPOSITIONS

This matter is before the court on the Motion for Leave to Take More than Ten Depositions Pursuant to FRCP 30(a) filed by the plaintiff relators on January 29, 2009. (Docket No. 162). Defendant Scott Memorial Hospital filed its Response on February 6, 2009. (Docket No. 167). Defendant Jewish Hospital Health Care Services, Inc., filed its Response on February 9, 2009. (Docket No. 172). No reply brief has been filed.

The plaintiff relators have filed a motion requesting to be allowed to depose a total of 15 persons to resolve this *qui tam* action and retaliation claim. To date, the following witnesses employed by Scott Memorial Hospital have been deposed:

1. Cindy Bush
2. Tammy Shelley
3. Gary Young
4. Paul Pierce

The plaintiff relators deposed the following two Jewish Hospital employees:

1. Alan Elliott
2. Mary Simpson

In its Response to this motion, Scott Memorial Hospital has agreed to allow the depositions of the following employees to occur:

1. Dr. Emma Cornell
2. Angie Doan
3. Bill Greene
4. Judith Kaplan
5. Katy Hutchinson
6. Clifford Nay
7. John Scheckler

In its Response to this motion, defendant Jewish Hospital has agreed to produce employee Beverly Norton, but objects to any other depositions of its employees.  In its Response, however, Jewish Hospital concedes that in the event the case survives a motion for summary judgment, it is likely that it will present testimony from Robert Shircliff, President and Chief Executive Officer of Jewish Hospital and St. Mary's Hospital, and Robert Steltenpohl, Controller.  These witnesses apparently have information concerning the question of whether Jewish Hospital can be considered Scott Memorial Hospital's alter ego, or whether a corporate veil may be pierced between these two entities.

The nature of this *qui tam* action and retaliation claim, along with the issue of whether Scott Memorial Hospital and Jewish Hospital may be considered alter egos, raises a number of complex legal issues.  The Magistrate Judge concludes that depositions beyond ten are warranted in this case.

The burden, however, is upon the party seeking to exceed ten depositions to establish why, consistent with Rule 26(b)(2), the limit should be exceeded. Such a showing has not been made at this time beyond those deponents who Scott Memorial Hospital and Jewish Hospital have agreed to produce. Nor has a showing been made that the President and Chief Executive Officer of Jewish Hospital or the Controller need to be deposed to resolve the alter ego issue. The need to depose those individuals, however, may become more manifest if they provide significant affidavits in support of any motion for summary judgment. The use of those individuals to provide such information may require their depositions.

Therefore, the plaintiff relators' Motion for Leave to Take More than Ten Depositions is **GRANTED** to the extent that the depositions which the parties have agreed to conduct greater than ten may be taken on an agreeable schedule prior to March 27, 2009. Further depositions beyond those agreed to will not be allowed absent an additional showing of good cause.

SO ORDERED.

**Dated:** March 5, 2009

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Rebecca Kay Bethard
KIGHTLINGER & GRAY, LLP
rbethard@k-glaw.com

-4-

Valerie K. Brooker
KIGHTLINGER & GRAY, LLP
vbrooker@k-glaw.com

John L. Caudill
CAUDILL LAW OFFICE
john@johncaudilllaw.com

Erin Reilly Lewis
UNITED STATES ATTORNEY'S OFFICE
shaq.shockley@usdoj.gov

Richard T. Mullineaux
KIGHTLINGER & GRAY, LLP
rmullineaux@k-glaw.com

Janet S. Nolan
FULBRIGHT & JAWORSKI L.L.P.
jnolan@fulbright.com

Frederick Robinson
FULBRIGHT & JAWORSKI L.L.P.
frobinson@fulbright.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov