UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. PEGGY ABNER and LINDA KENDALL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 4:05-cv-106-DFH-WGH |
| JEWISH HOSPITAL HEALTH CARE SERVICES, INC., and SCOTT MEMORIAL HOSPITAL, | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO ALLOW FOR THIRTY MORE DAYS TO COMPLETE DISCOVERY**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, upon the Motion to Allow for Thirty More Days to Complete Discovery filed by the Relators on May 6, 2009. (Docket No. 227). Defendant Jewish Hospital HealthCare Services, Inc., filed a response brief on May 7, 2009 (Docket No. 231), and Defendant Scott Memorial Hospital filed a response brief on May 13, 2009 (Docket No. 232). The Relators filed a reply brief on May 14, 2009. (Docket No. 233). Defendant Scott Memorial Hospital filed a Motion for Leave to File Surreply on May 18, 2009 (Docket No. 235), and the Relators filed a Motion to File Response to Scott Memorial Sur-Reply on May 20, 2009 (Docket No. 239), both of which motions are hereby **GRANTED.**[1]

[1]Sur-replies and further responses are allowed only under extraordinary circumstances, and their use is discouraged. They have been allowed in this instance, but counsel are cautioned that they should strive to avoid that approach in the future.

The Magistrate Judge, being duly advised, now **GRANTS, in part,** and **DENIES, in part,** the Relators' Motion to Allow for Thirty More Days to Complete Discovery, as follows:

1. The Magistrate Judge concludes that the injuries sustained by plaintiff's counsel are good cause shown to allow some additional time to serve final expert reports for vocational expert Frank Slesnick and mental health expert Dr. Robert Sexton. These are damage experts who could reasonably be expected to testify in this case, and whose opinions can be fully explored prior to trial if their Rule 26(a)(2) disclosures are not sufficient. Those final expert reports shall be served on or before June 30, 2009. Any responsive expert disclosures by the defendants shall be served on or before August 15, 2009.

2. With respect to Dr. Kent Lewandrowski, the deadline for serving his final expert report is also extended to June 30, 2009. This is because there have been delays in providing all necessary documents for Dr. Lewandrowski to come to a final opinion. Any responsive disclosures by the defendants shall be served on or before August 30, 2009.

3. Discovery is not otherwise extended.

You are hereby notified that the District Judge may reconsider any pretrial matter assigned to a United States Magistrate Judge pursuant to 28 U.S.C. §

636(b)(1)(A) where it is shown that the order is clearly erroneous or contrary to law.

**SO ORDERED.**

**Dated:** June 11, 2009

WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Rebecca Kay Bethard
KIGHTLINGER & GRAY, LLP
rbethard@k-glaw.com

John L. Caudill
CAUDILL LAW OFFICE
john@johncaudilllaw.com

Erin Reilly Lewis
UNITED STATES ATTORNEY'S OFFICE
shaq.shockley@usdoj.gov

Richard T. Mullineaux
KIGHTLINGER & GRAY, LLP
rmullineaux@k-glaw.com

Janet S. Nolan
FULBRIGHT & JAWORSKI L.L.P.
jnolan@fulbright.com

Frederick Robinson
FULBRIGHT & JAWORSKI L.L.P.
frobinson@fulbright.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov