UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. PEGGY ABNER and LINDA KENDALL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:05-cv-106-DFH-WGH |
| JEWISH HOSPITAL HEALTH CARE SERVICES, INC., and SCOTT MEMORIAL HOSPITAL, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO COURT TO CONSIDER
MISLEADING SUBMISSION AS PART OF RELATORS'
PRIOR MOTION PURSUANT TO FRCP 37**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, upon the Motion to Court to Consider Misleading Submission as Part of Relators' Prior Motion Pursuant to FRCP 37) on February 20, 2009 (Docket Nos. 186, 198).[1]  Defendant Jewish Hospital HealthCare Services, Inc., filed a response brief on March 19, 2009 (Docket Nos. 205, 206), and Defendant Scott Memorial Hospital filed a response brief on March 23, 2009 (Docket No. 207).  The Relators filed reply briefs on March 27, 2009, and April 9, 2009.  (Docket Nos. 211, 215).

The Relators are asking this court to consider certain misleading submissions as a part of a prior Motion for Order to Show Cause.  (Docket No.

---

[1] A similar motion at Docket No. 180 was withdrawn.

107).  The court will **GRANT, in part,** the Relators' motion.  That part is limited to the fact that the information provided in this motion will be considered by the court should it be determined at a later point in time in this litigation that a default should be entered as a sanction.

After a review of several hundred pages of materials, the Magistrate Judge concludes that the subject matter before the court on appropriate billing of Medicare and Medicaid payors for the preparation of tests is extremely complex.  More than one computer system was employed to track these various billings, and the Magistrate Judge, frankly, is unable to discern at this time whether Scott Memorial Hospital's response – admittedly incomplete at the time given – was done intentionally in an attempt to obstruct the plaintiffs' prosecution of this claim.  It is likely that the court will not be able to discern that issue until all information is fully and completely presented at the trial of this matter.

A separate entry will issue with respect to the Motion for Order to Show Cause.  (Docket No. 107).  The Clerk of Court should reflect that Docket No. 186 is **GRANTED, in part,** and **DENIED, in part.**

SO ORDERED.

**Dated:**  August 3, 2009

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Rebecca Kay Bethard
KIGHTLINGER & GRAY, LLP
rbethard@k-glaw.com

John L. Caudill
ATTORNEY AT LAW
john@caudilllawfirm.com

Erin Reilly Lewis
UNITED STATES ATTORNEY'S OFFICE
shaq.shockley@usdoj.gov

Richard T. Mullineaux
KIGHTLINGER & GRAY, LLP
rmullineaux@k-glaw.com

Janet S. Nolan
FULBRIGHT & JAWORSKI L.L.P.
jnolan@fulbright.com

Frederick Robinson
FULBRIGHT & JAWORSKI L.L.P.
frobinson@fulbright.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov